IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER LOREN JONES,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 23-CV-4343** |
| : | |
| **PHILADELPHIA PARKING** : | |
| **AUTHORITY,** *et al*. : | |
| Defendants. : | |

**ORDER**

AND NOW, this 28th day of November, 2023, upon consideration of Plaintiff Christopher Loren Jones' Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF Nos. 2, 8), Request to Assign a Republican Judge (ECF No. 5), and Request for Injunction (ECF No. 6), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Request to Assign a Republican Judge (ECF No. 5) and Request for Injunction (ECF No. 6) are **DENIED**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
**KELLEY BRISBON HODGE, J.**